IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 1:99cr63-SPM

TORRENCE BOYD,

     Defendant
_____/

## ORDER CONTINUING REVOCATION HEARING

Upon consideration, Defendant Boyd's unopposed motion to continue his revocation hearing is granted. The hearing is reset for 1:30 p.m. on November 6, 2006.

DONE AND ORDERED on this 29th day of September, 2006.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge