IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 1:99cr63-SPM

TORRENCE BOYD,

    Defendant
_____/

## ORDER CONTINUING REVOCATION HEARING

Upon consideration, Defendant Boyd's unopposed Motion to Continue Revocation Hearing (doc. 128) is granted. The hearing is reset for 1:30 p.m. on January 16, 2007.

DONE AND ORDERED on this 6th day of November, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge